IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DANAH THOMPSON, | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 6:21-cv-00772-ADA-JCM |
| WALMART, INC. | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the above styled and numbered cause. This case was settled on March 15, 2022. Notice of Alternative Dispute Resolution/Mediation Outcome (ECF No. 14). The parties have not filed dismissal documents. The Court **ORDERS** this case to be administratively closed and removed from the Court's docket.

SIGNED this 18th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE